AO 450 (Rev. 11/11) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **EDWARD NUNN** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**UNITED STATES STEEL CORPORATION** )<br>)<br>)<br>Defendants ) | Civil Action No. 3:23-cv-000439-DRL-SJF |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✗ other: the court GRANTS Defendant USS's motion for summary judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✗ decided by Judge Damon R. Leichty

DATE: 11/1/2024                    *Chanda J. Berta, Clerk of Court*

                                    By S/ E. Burns
                                    *Signature of Clerk or Deputy Clerk*