AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **EDWARD NUNN** | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23-cv-000439-DRL-SJF |
| **UNITED STATES STEEL CORPORATION** | ) |
| Defendants | ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✘ other: Judgment entered in favor of Defendant United States Steel Corporation and against Plaintiff Edward Nunn.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✘ decided by Judge Damon R. Leichty on Motion for Summary Judgment.

DATE: 11/8/2024            *Chanda J. Berta, Clerk of Court*

                           By *S/ E. Burns*
                           *Signature of Clerk or Deputy Clerk*